No. 114. Aboy, Giorgetti & Co., Ltd., Peticionarios, *v.* Soto Nussa, Juez de Distrito, Demandado.—Solicitud para que se expida mandamiento de *certiorari* al Juez de la Corte de Distrito de Aguadilla. Moción de los peticionarios desistiendo del recurso. Resuelto en Febrero 26, 1914. Se les tiene por desistidos. Abogado de los peticionarios: *Sr. Herminio Díaz Navarro.* Abogado del demandado: *Sr. Juan B. Soto.*

---

No. 1113. Irizarry, Demandante y Apelado, *v.* Rodríguez, Demandada y Apelante.—Apelación procedente de la Corte de Distrito de Mayagüez en un incidente sobre memorándum de costas. Moción de la parte apelada de acuerdo con la parte apelante para que se desestime la apelación. Resuelto en marzo 9, 1914. Desestimada la apelación por no haberse presentado la transcripción de autos. Abogado del apelado: *Sr. Ricardo del Toro Soler.* Abogado de la apelante: *Sr. José Sabater.*

---

No. 1114. Colón et al., Demandantes y Apelados, *v.* Suárez et al., Demandados y Apelante la Ultima.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre nulidad de venta y de título posesorio y otros extremos. Moción de la parte apelante Sucesión Pardo desistiendo de la apelación con la conformidad de la parte apelada. Resuelto en marzo 12, 1914. Se tiene por desistida a dicha parte de la apelación. Abogado de los apelados: *Sr. Enrique Rincón.* Abogado de la apelante: *Sr. José de Guzmán Benítez.*

---

No. 666. El Pueblo, Demandante y Apelado, *v.* Vega, Acusado y Apelante.—Apelación procedente de la Corte de Distrito de Arecibo en causa por hurto de menor cuantía.